UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CR-335 (JCH) |
| ) | |
| LOUGENE THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter is before the Court on Defendant's Motion to Suppress (Doc. No. 18) filed on August 9, 2007. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Terry I. Adelman, who filed a Report and Recommendation on January 7, 2008. (Doc. No. 33).

The Magistrate Judge recommends that the Court deny Defendant's motion. On January 31, 2008, Defendant filed his objection claiming that the Report and Recommendation was against the weight of evidence. (Doc. No. 42). After de novo review of this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 33) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress (Doc. No. 18) is **DENIED**.

Dated this 4th day of February, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE